**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PRABHJIT SINGH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-757-R** |
| | ) | |
| **ROBERT CERNA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Before the Court is Petitioner's Motion to Enforce [Doc. No. 20] this Court's Order [Doc No. 17] in which this Court directed Respondents to provide Petitioner with a lawful bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days. Respondents filed a Response [Doc. No. 22] and Petitioner replied [Doc. No. 23]. The matter is now at issue.

In his Motion, Petitioner asserts he was deprived of access to his counsel at the § 1226(a) bond hearing provided by Respondents and that his counsel was unable to file a supporting evidentiary package prior to the hearing. This, Petitioner represents, prevented the Immigration Judge from considering such evidence at the hearing. Petitioner requests another bond hearing at which his counsel may be present and the evidentiary package considered.

Respondents have indicated they provided Petitioner with another bond hearing. Petitioner concedes that his request for a new bond hearing, at which counsel may be present and the evidentiary package considered, has been complied with by Respondents.

The parties appear to agree that Petitioner's request for a new, lawful hearing is now moot, and the Court agrees. The Court is unpersuaded by the additional arguments Petitioner lodges requesting further relief.

Accordingly, given that Respondents have provided Petitioner with the second bond hearing Petitioner requested in his Motion to Enforce, that Motion [Doc. No. 20] is DENIED AS MOOT.

IT IS SO ORDERED this 20th day of August, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**